UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ENZO LIFE SCIENCES, INC.  Plaintiff,          04 C 1555 (RJS) ( )

-against-

AFFYMETRIX, INC.  Defendant.
---------------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: MICHAEL J. MALECEK

[x] Attorney

  [ ] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

  [x] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[x] Law Firm/Government Agency Association

  From: DEWEY & LEBOEUF LLP

  To: KAYE SCHOLER LLP

  [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address:      275 Middlefield Road, Suite 205

                  Menlo Park, CA 94025

[x] Telephone No.:  (650) 319-4500

[x] Fax No.:      (650) 319-4908

[x] E-Mail Address:  MICHAEL.MALECEK@KAYESCHOLER.COM

Dated: AUGUST 16, 2010                    /s/ Michael
                                          ATTORNEY'S SIGNATURE