UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ENZO LIFE SCIENCES, INC.

                Plaintiff,

-against-

AFFYMETRIX, INC.

                Defendant.

-------------------------------------------------- X

<u>04</u>  C  <u>1555 (RJS)</u> (  )

## NOTICE OF CHANGE OF ADDRESS

☒    I have cases pending               ☐    I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: <u>Peter E. Root</u>

☒    Attorney

    ☐    I am a United States District Court, Southern District of New York
        attorney.  My SDNY Bar Number is:_____; My State Bar Number is:_____

    ☒    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒    Law Firm/Government Agency Association

    From:<u> Dewey & LeBoeuf LLP</u>

    To:<u> Kaye Scholer LLP</u>

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

☒ Address:        <u>275 Middlefield Rd., Suite 205</u>

                   <u>Menlo Park, CA 94025</u>

☒ Telephone
    No.:        <u>(650) 319-4500</u>

☒ Fax No.:        <u>(650) 319-4906</u>

☒ E-Mail
    Address:    *PETER.ROOT@KAYESCHOLER.COM*

Dated: <u>8/10/2010</u>                  _____
                                    ATTORNEY'S SIGNATURE