UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
ENZO LIFE SCIENCES, INC., et al.,                    04-CV-1555 (RJS)

                                    Plaintiff,

-against-

AFFYMETRIX, INC.,
                                   Defendant.
------------------------------------------------------- X

### NOTICE OF CHANGE OF ADDRESS

X     I have cases pending                        ☐     I have no cases pending

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Mark D. Shtilerman

X     Attorney

  X     I am a United States District Court, Southern District of New York attorney.  My SDNY Bar Number is: MS1414; My State Bar Number is: 4551263.
      ☐     I am a Pro Hac Vice attorney
      ☐     I am a Government Agency attorney

X     Law Firm/Government Agency Association
       From: Dewey & LeBoeuf LLP, 1301 Avenue of Americas, New York, NY 10019
       To: Kaye Scholer LLP, 425 Park Avenue, New York, NY 10022 - 3598

X     I will continue to be counsel of record on the above-entitled case at my new firm/agency.
☐     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

X     Address: 425 Park Avenue, New York, NY 10022 - 3598
X     Telephone No.: 212-836-8616
X     Fax No.: 212-836-6394
X     E-Mail Address: mark.shtilerman@kayescholer.com

Dated: 9/01/2010

_____
ATTORNEY'S SIGNATURE