UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO LIFE SCIENCES, INC.<br>  a New York corporation, formerly known as<br>  ENZO DIAGNOSTICS, INC.<br><br>            Plaintiff,<br><br>      v.<br><br>AFFYMETRIX, INC., a Delaware corporation<br><br>            Defendant. | 04 CV 1555 (JES) |

**WITHDRAWAL OF COUNSEL**

      Affymetrix, Inc., defendant in the above-captioned matter, by and through their counsel, Kaye Scholer LLP, hereby move to withdraw Mark Shtilerman's individual appearance as counsel in this case.  Mr. Shtilerman is no longer with the firm of Kaye Scholer LLP.  Mr. Shtilerman requests that he no longer receive notice of proceedings in this case and that his name be removed from the master mailing list, including removal from electronic notification.

      This withdrawal of Mr. Shtilerman as counsel shall NOT affect the appearances filed by other attorneys at Kaye Scholer LLP on behalf of Affymetrix, Inc.  Defendant continues to be represented by Michael J. Malecek, Peter E. Root and Stephen C. Holmes of Kaye Scholer LLP.

No party will be prejudiced by the withdrawal of Mark Shtilerman as counsel from this matter, as Affymetrix, Inc., have been represented by, and continue to be represented by, other attorneys of Kaye Scholer LLP.

Dated:  April 11, 2011

Respectfully submitted,

*/s/ Michael J. Malecek*

Michael J. Malecek – Pro Hac Vice
KAYE SCHOLER LLP
3000 El Camino Real, Suite 400
2 Palo Alto Square
Palo Alto, California 94306
Telephone:	650.319.4500
Facsimile:	650.319.4700
Email:		michael.malecek@kayescholer.com

Attorneys for Defendant
Affymetrix, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 11, 2011.

                                                    */s/ Michael J. Malecek*
                                                    Michael J. Malecek