```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-12-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFYMETRIX, INC.,

                Plaintiff,

-v-

ENZO BIOCHEM, INC., *et al.*,

                Defendants.

No. 03 Civ. 8907 (RJS)
ORDER

ENZO LIFE SCIENCES, INC.,

                Plaintiff,

-v-

AFFYMETRIX, INC.,

                Defendant.

No. 04 Civ. 1555 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Affymetrix Inc.'s motion to withdraw Mark Shtilerman's individual appearance as counsel in the above-captioned cases because he is no longer associated with the firm of Kaye Scholer LLP. The motion is GRANTED. The Clerk of Court is respectfully directed to terminate Mark Shtilerman's appearance in these actions.

SO ORDERED.

DATED:    April 12, 2011
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE