UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ENZO LIFE SCIENCES, INC.          Plaintiff,          Case No. 1:04-CV-01555-RJS

-against-

AFFYMETRIX, INC.          Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### TERENCE P. WOODSOME
FILL IN ATTORNEY NAME

My SDNY Bar Number is: N/A          My State Bar Number is CA-240908

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Kaye Scholer LLP
              FIRM ADDRESS: 1999 Ave. of the Stars, #1700, Los Angeles, CA 90067
              FIRM TELEPHONE NUMBER: (650) 319-4500
              FIRM FAX NUMBER: (650) 319-4700

NEW FIRM:     FIRM NAME: Kaye Scholer LLP, 3000 El Camino Real,
              FIRM ADDRESS: 2 Palo Alto Square, Suite 400, Palo Alto, CA 94306
              FIRM TELEPHONE NUMBER: (650) 319-4500
              FIRM FAX NUMBER: (650) 319-4700

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 2, 2011

ATTORNEY'S SIGNATURE