IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>            Plaintiffs,<br><br>    -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>            Defendants. | No. 02 Civ. 8448 (RJS)<br>ORDER |
| ENZO BIOCHEM, INC., *et al.*,<br><br>            Plaintiffs,<br><br>    -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>            Defendants. | No. 03 Civ 3816 (RJS)<br>ORDER |
| ENZO BIOCHEM, INC., *et al.*,<br><br>            Plaintiffs,<br><br>    -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>            Defendants. | No. 03 Civ 3817 (RJS)<br>ORDER |
| ENZO BIOCHEM, INC., *et al.*,<br><br>            Plaintiffs,<br><br>    -v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>            Defendant. | No. 03 Civ 3819 (RJS)<br>ORDER |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-11

5483674v.1

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>                     Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                     Defendants. | No. 03 Civ 8907 (RJS) <br> <u>ORDER</u> |
| ENZO LIFE SCIENCES, INC., <br><br>                     Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br>                     Defendant. | No. 04 Civ 1555 (RJS) <br> <u>ORDER</u> |
| ROCHE DIAGNOSTICS GMBH, <br><br>                     Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                     Defendants. | No. 04 Civ 4046 (RJS) <br> <u>ORDER</u> |

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the Defendant Orchid Biosciences, Inc.'s motion, filed on August 18, 2011, seeking to permit withdrawal of John M. Delehanty, Ivor Elrifi, H. Joseph Hameline, and Scott D. Miller as attorneys of record for Orchid as they no longer participate in the representation of Orchid in this matter. Attorneys Timur Slonim and Patrick Clendenen ("Clendenen") will continue to represent Orchid in this matter.

The Court is in receipt of papers showing that Clendenen has been admitted *pro hac vice* to represent Orchid in this case on July 18, 2007 by the late Judge John Sprizzo on oral

5483674v.1                                                 2

motion of Timur Slonim and upon submission of the appropriate written papers as stated in the transcript of the July 18, 2007 hearing at pages 283-284.

Accordingly, IT IS HEREBY ORDERED THAT the withdrawal of John M. Delehanty, Ivor Elrifi, H. Joseph Hameline, and Scott D. Miller as attorneys of record for Orchid is approved. Clendenen's *pro hac vice* admission shall be reflected on the docket and he is permitted to continue to represent Orchid in this matter.

The Clerk of the Court is respectfully directed to terminate the motions located at docket number 243 in case number 02-cv-8448 and docket number 52 in case number 03-cv-3819.

SO ORDERED.

DATED: August 24, 2011
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE