UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO LIFE SCIENCES, INC.,<br>    a New York corporation, formerly<br>    known as ENZO DIAGNOSTICS,<br><br>        Plaintiff,<br><br>v.<br><br>AFFYMETRIX, INC.,<br>    a Delaware corporation;<br><br>        Defendant. | Case No. 1:04-CV-01555-RJS |

## WITHDRAWAL OF COUNSEL

Affymetrix, Inc., plaintiff in the above-captioned matter, by and through their counsel, Kaye Scholer LLP, hereby move to withdraw Terence P. Woodsome's individual appearance as counsel in this case. Mr. Woodsome is no longer with the firm of Kaye Scholer LLP. Mr. Woodsome requests that he no longer receive notice of proceedings in this case and that his name be removed from the master mailing list, including removal from electronic notification.

This withdrawal of Mr. Woodsome as counsel shall NOT affect the appearances filed by other attorneys at Kaye Scholer LLP on behalf of Affymetrix, Inc. Plaintiff continues to be represented by Michael J. Malecek, Peter E. Root, and Stephen C. Holmes of Kaye Scholer LLP.

No party will be prejudiced by the withdrawal of Terence P. Woodsome as counsel from this matter, as Affymetrix, Inc. has been represented by, and continues to be represented by, other attorneys of Kaye Scholer LLP.

Dated:  September 6, 2011						Respectfully submitted,


							*/s/ Michael J. Malecek*
							Michael J. Malecek - Pro Hac Vice
							KAYE SCHOLER LLP
							3000 El Camino Real
							2 Palo Alto Square, Suite 400
							Palo Alto, California  94306
							Telephone:	(650) 319-4500
							Facsimile:	(650) 319-4700
							Email:		michael.makecek@kayescholer.com

							Attorneys for Defendant Affymetrix, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 6, 2011.

                                                */s/ Michael J. Malecek*
                                                Michael J. Malecek