UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-7-11
```

ENZO LIFE SCIENCES, INC.,
    a New York corporation, formerly
    known as ENZO DIAGNOSTICS,

    Plaintiff,

v.

AFFYMETRIX, INC.,
    a Delaware corporation;

    Defendant.

Case No. 1:04-CV-01555-RJS

## WITHDRAWAL OF COUNSEL

Affymetrix, Inc., plaintiff in the above-captioned matter, by and through their counsel, Kaye Scholer LLP, hereby move to withdraw Terence P. Woodsome's individual appearance as counsel in this case. Mr. Woodsome is no longer with the firm of Kaye Scholer LLP. Mr. Woodsome requests that he no longer receive notice of proceedings in this case and that his name be removed from the master mailing list, including removal from electronic notification.

This withdrawal of Mr. Woodsome as counsel shall NOT affect the appearances filed by other attorneys at Kaye Scholer LLP on behalf of Affymetrix, Inc. Plaintiff continues to be represented by Michael J. Malecek, Peter E. Root, and Stephen C. Holmes of Kaye Scholer LLP.

No party will be prejudiced by the withdrawal of Terence P. Woodsome as counsel from this matter, as Affymetrix, Inc. has been represented by, and continues to be represented by, other attorneys of Kaye Scholer LLP.

1

WITHDRAWAL OF COUNSEL

Dated: September 6, 2011　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Malecek*
　　　　　　　　　　　　　　　　　　　　Michael J. Malecek - Pro Hac Vice
　　　　　　　　　　　　　　　　　　　　KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　3000 El Camino Real
　　　　　　　　　　　　　　　　　　　　2 Palo Alto Square, Suite 400
　　　　　　　　　　　　　　　　　　　　Palo Alto, California 94306
　　　　　　　　　　　　　　　　　　　　Telephone:　(650) 319-4500
　　　　　　　　　　　　　　　　　　　　Facsimile:　(650) 319-4700
　　　　　　　　　　　　　　　　　　　　Email:　michael.makecek@kayescholer.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Affymetrix, Inc.

SO ORDERED.
Date: 9/7/11
RICHARD J. SULLIVAN
U.S.D.J.

2　　　　　　　　　　　　　　　　　WITHDRAWAL OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 6, 2011.

/s/ *Michael J. Malecek*
Michael J. Malecek