UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>            -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>                              Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>            -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>                              Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>            -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>                              Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>            -v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>                              Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>                              Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                              Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br>                              Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br>                              Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br>                              Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                              Defendants. | No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE OF ALLAN A. KASSENOFF

PLEASE TAKE NOTICE that Allan A. Kassenoff, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

*NY 241,550,878v1 10-28-11*

Dated: November 11, 2011
       New York, New York

                                  By:    <u>/s/   Allan A. Kassenoff</u>
                                           Allan A. Kassenoff (AK 3675)
                                           GREENBERG TRAURIG, LLP
                                           MetLife Building
                                           200 Park Avenue
                                           New York, New York  10166
                                           Telephone:  (212) 801-2157
                                           Facsimile:   (212) 801-6400
                                           E-mail: kassenoffa@gtlaw.com