UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>    -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>                      Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>    -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>                      Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>    -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>                      Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>    -v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>                      Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>                     Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                     Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br>                     Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br>                       Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br>                     Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                     Defendants. | No. 04 Civ. 4046 (RJS) |

## **NOTICE OF APPEARANCE OF JUSTIN A. MACLEAN**

PLEASE TAKE NOTICE that Justin A. MacLean, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

*NY 241,415,547v1 8-25-11*

Dated: November 11, 2011
       New York, New York

                                 By:    /s/   Justin A. MacLean
                                       Justin A. MacLean (JM 5868)
                                       GREENBERG TAURIG, LLP
                                       MetLife Building
                                       200 Park Avenue
                                     New York, New York  10166
                                     Telephone:  (212) 801-3137
                                     Facsimile:   (212) 801-6400
                                     E-mail: macleanj@gtlaw.com