UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Enzo Life Science, Inc.          Plaintiff,         Case No. 04-cv-01555 (RJS)

   -against-

Affymetrix, Inc          Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐ I have cases pending          ☑ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jonathan D. Ball
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JB 2580          My State Bar Number is 4137907

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: King and Spalding, LLP
             FIRM ADDRESS: 1185 Avenue of the America, NY, NY10036
             FIRM TELEPHONE NUMBER: 212-556-2100
             FIRM FAX NUMBER: 212-5562222

NEW FIRM:    FIRM NAME: Greenberg Traurig, LLP
             FIRM ADDRESS: 200 Park Ave. NY, NY 10166
             FIRM TELEPHONE NUMBER: 212-801-9200
             FIRM FAX NUMBER: 212-801-6400

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/15/2012                    s/ Jonathan D. Ball
                                     _____
                                     ATTORNEY'S SIGNATURE