UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> AMERSHAM PLC, *et al.*, <br><br> Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> MOLECULAR PROBES, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> PERKINELMER, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> ORCHID BIOSCIENCES, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br> Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 04 Civ. 4046 (RJS) |

### **NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for:

    Enzo Biochem, Inc., and Enzo Life Sciences, Inc.

    I certify that I am admitted to practice in this court.

NY 242603819v1

Dated: November 14, 2012
       New York, New York

By: _____
Jonathan D. Ball (JB 2580)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-2223
Facsimile: (212) 801-6400
E-mail: ballj@gtlaw.com