UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>         -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>                              Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>         -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>                              Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>         -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>                              Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>         -v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>                              Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>       Plaintiff,<br><br> -v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>       Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC.,<br><br>       Plaintiff,<br><br> -v-<br><br>AFFYMETRIX, INC.,<br><br>       Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH,<br><br>       Plaintiff,<br><br> -v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>       Defendants. | No. 04 Civ. 4046 (RJS) |

**NOTICE OF APPEARANCE OF JENNIFER R. MOORE**

  PLEASE TAKE NOTICE that Jennifer R. Moore, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

Dated: December 19, 2012
New York, New York

          By:   /s/  Jennifer R. Moore
          Jennifer R. Moore (JM 4434270)
          GREENBERG TRAURIG, LLP
          MetLife Building
          200 Park Avenue
          New York, New York 10166
          Telephone: (212) 801-2142
          Facsimile: (212) 801-6400
          E-mail: mooreje@gtlaw.com