UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AFFYMETRIX, INC., <br><br> Defendant, <br><br> AND RELATED CASES NAMING MOLECULAR PROBES, INC., PERKINELMER, INC., PERKINELMER LIFE SCIENCES, INC., ORCHID BIOSCIENCES, INC., ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., AFFYMETRIX, INC., ROCHE DIAGNOSTICS GMBH, AND ROCHE MOLECULAR SYSTEMS, INC. AS DEFENDANTS, PLAINTIFFS, AND/OR DECLARATORY JUDGMENT PLAINTIFFS. | 04-CV-01555 (RJS) <br><br> ECF Case <br><br><br><br><br><br> 02-CV-08448 (RJS) <br> 03-CV-03817 (RJS) <br> 03-CV-03819 (RJS) <br> 03-CV-03816 (RJS) <br> 03-CV-08907 (RJS) <br> 04-CV-04046 (RJS) <br><br><br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANT AFFYMETRIX, INC.'S NOTICE OF MOTION

## AND MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the Memorandum in Support of Defendant Affymetrix, Inc.'s Motion for Summary Judgment, dated December 21, 2012, the accompanying Declaration of Peter E. Root and the exhibits attached thereto, Affymetrix, Inc.'s Statement Pursuant to Local Rule 56.1, and upon all the papers and pleadings filed in this case and the related cases, Affymetrix, Inc., by the undersigned attorneys, will move this Court before The Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York

10007-1312, on a date to be determined, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Affymetrix, Inc.'s Motion for Summary Judgment on all claims of Enzo Life Sciences, Inc.'s Complaint For Breach Of Contract, Injunctive Relief and Declaratory Judgment.

Dated:  December 21, 2012                                  Respectfully submitted,

By:____*/s/ Peter E. Root*_____

Peter E. Root
Email:  peter.root@kayescholer.com
Michael J. Malecek
Email:  michael.malecek@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 319-4500

*Attorneys for Defendant Affymetrix, Inc.*