UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et uno.*,<br><br><div align="right">Plaintiffs,</div><br>-v-<br><br>AMERSHAM PLC, *et al.*,<br><br><div align="right">Defendants.</div> | No. 02 Civ. 8448 (RJS)<br>No. 03 Civ. 3816 (RJS)<br>No. 03 Civ. 3817 (RJS)<br>No. 03 Civ. 3819 (RJS)<br>No. 03 Civ. 8907 (RJS)<br>No. 04 Civ. 1555 (RJS)<br>No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael Burrows hereby appears as counsel on behalf of Enzo Biochem, Inc. and Enzo Life Sciences, Inc. The undersigned certifies that he is admitted to practice in this Court and further requests that copies of all papers in this action be served upon the undersigned.

Dated:  January 10, 2013
        New York, New York

By:  _____
     Michael Burrows
     GREENBERG TRAURIG, LLP
     MetLife Building
     200 Park Avenue
     New York, New York 10166
     Telephone:  (212) 801-6757
     Facsimile:  (212) 805-9233
     E-mail: burrowsm@gtlaw.com