UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et uno.*, <br><br>                    Plaintiffs, <br><br>     -v- <br><br> AMERSHAM PLC, *et al.*, <br><br>                    Defendants. | No. 02 Civ. 8448 (RJS) <br> No. 03 Civ. 3816 (RJS) <br> No. 03 Civ. 3817 (RJS) <br> No. 03 Civ. 3819 (RJS) <br> No. 03 Civ. 8907 (RJS) <br> No. 04 Civ. 1555 (RJS) <br> No. 04 Civ. 4046 (RJS) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey R. Mann hereby appears as counsel on behalf of Enzo Biochem, Inc. and Enzo Life Sciences, Inc. The undersigned certifies that he is admitted to practice in this Court and further requests that copies of all papers in this action be served upon the undersigned.

Dated:  January 10, 2013
        New York, New York

By: /s/ Jeffrey R. Mann
Jeffrey R. Mann
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-2111
Facsimile: (212) 801-6400
E-mail: mannj@gtlaw.com