UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AFFYMETRIX, INC., )<br>)<br>Defendant, )<br>)<br>)<br>AND RELATED CASES NAMING )<br>MOLECULAR PROBES, INC., )<br>PERKINELMER, INC., PERKINELMER )<br>LIFE SCIENCES, INC., ORCHID )<br>BIOSCIENCES, INC., ENZO BIOCHEM, )<br>INC., ENZO LIFE SCIENCES, INC., )<br>AFFYMETRIX, INC., ROCHE )<br>DIAGNOSTICS GMBH, AND )<br>ROCHE MOLECULAR SYSTEMS, INC. )<br>AS DEFENDANTS, PLAINTIFFS, )<br>AND/OR DECLARATORY JUDGMENT )<br>PLAINTIFFS. )<br>) | 04-CV-01555 (RJS)<br><br>ECF Case<br><br><br><br><br><br><br><br>02-CV-08448 (RJS)<br>03-CV-03817 (RJS)<br>03-CV-03819 (RJS)<br>03-CV-03816 (RJS)<br>03-CV-08907 (RJS)<br>04-CV-04046 (RJS)<br><br><br><br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

## DEFENDANT AFFYMETRIX, INC.'S RENEWED NOTICE OF MOTION

## FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that pursuant to the Court's January 30, 2013 Order (Docket No. 96), Defendant Affymetrix, Inc., hereby files this renewed notice of motion and that upon the Memorandum in Support of Defendant Affymetrix, Inc.'s Motion for Summary Judgment (Docket No. 89), dated December 21, 2012, the accompanying Declaration of Peter E. Root and the exhibits attached thereto (Docket No. 90), Affymetrix, Inc.'s Statement Pursuant to Local Rule 56.1 (Docket No. 92), and upon all the papers and pleadings filed in this case and the related cases, Affymetrix, Inc., by the undersigned attorneys, hereby moves this Court for

1

an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Affymetrix, Inc.'s Motion for Summary Judgment.

Dated:  April 11, 2013               Respectfully submitted,

                                     By:     /s/ Peter E. Root

                                     Peter E. Root
                                     Email:  peter.root@kayescholer.com
                                     Michael J. Malecek
                                     Email:  michael.malecek@kayescholer.com
                                     KAYE SCHOLER LLP
                                     Two Palo Alto Square
                                     3000 El Camino Real, Suite 400
                                     Palo Alto, California 94306
                                     Telephone:  (650) 319-4500

                                     *Attorneys for Defendant Affymetrix, Inc.*