UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                        Plaintiffs,<br><br>-v-<br><br>AMERSHAM PLC, *et al.*,<br><br>                        Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                        Plaintiffs,<br><br>-v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>                        Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                        Plaintiffs,<br><br>-v-<br><br>PERKINELMER, INC., *et al.*,<br><br>                        Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                        Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>                        Defendants. | No. 03 Civ. 3819 (RJS) |

NY 242983326v1

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br> Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE OF RONAD D. LEFTON

PLEASE TAKE NOTICE that Ronald D. Lefton, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am

NY 242983326v1

admitted to practice in this court.


Dated: New York, New York
April 29, 2013

By:   <u>/s/  Ronald D. Lefton</u>
Ronald D. Lefton
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
E-mail: leftonr@gtlaw.com

NY 242983326v1