UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ENZO LIFE SCIENCES, INC.,                  :
                                           :    Case No. 04-CV-01555(RJS)
                                           :
                          Plaintiff,       :
     -against-                             :
                                           :
AFFYMETRIX, INC.                           :
                                           :
                          Defendant.       :
                                           :
------------------------------------------------------------ X

ENZO LIFE SCIENCE INC.'s STATEMENT OF MATERIAL
FACTS SHOWING GENUINE ISSUES TO BE TRIED IN
OPPOSITION TO AFFYMETRIX, INC.'s MOTION FOR SUMMARY JUDGMENT

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER, SO ORDERED BY JUDGE SPRIZZO ON DECEMBER 8, 2005 (03-CV-8907 DOCKET #17)