UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ENZO BIOCHEM, INC., et al.,                                      :

            Plaintiffs,                                 :

    - against -                                                 02-CV-8448 (RJS)
                                                    03-CV-3816 (RJS)
                                                    03-CV-3817 (RJS)
AMERSHAM PLC, et al.,                                             03-CV-3819 (RJS)
                                                    03-CV-8907 (RJS)
            Defendants,                                  04-CV-1555 (RJS)
                                                    04-CV-4046 (RJS)

AND RELATED CASES NAMING

MOLECULAR PROBES, INC., et al.,                                  :
PERKINELMER, INC., et al., ORCHID
BIOSCIENCES, INC., et al., AFFYMETRIX, INC.,                     :
ROCHE DIAGNOSTICS GMBH, et al., AS
DEFENDANTS AND/OR DECLARATORY                                    :
JUDGMENT PLAINTIFFS.
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of May 2013, a copy of the following documents were served by email on the below counsel of record in this action.

The documents served were:

- Unredacted Enzo Biochem, Inc. and Enzo Life Sciences, Inc.'s Memorandum of Law in Opposition to PerkinElmer Inc. and PerkinElmer Life Sciences, Inc.'s Motion for Summary Judgment

- Enzo's Statement of Material Facts Showing Genuine Issues of Fact to be Tried in Opposition to PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.'s Motion for Summary Judgment

- Unredacted Memorandum of Law of Enzo Biochem, Inc. and Enzo Life Sciences, Inc. in Opposition to Molecular Probes, Inc.'s Motion for Summary Judgment

NY 242992635v1

- Plaintiff Enzo Biochem, Inc.'s Response to Defendant Molecular Probes, Inc.'s Rule 56.1 Statement of Material Facts for its Motion for Summary Judgment on Enzo's Non-Patent Claims

- Unredacted Enzo Biochem, Inc.'s and Enzo Life Sciences, Inc.'s Memorandum of Law in Opposition to Orchid Biosciences, Inc.'s Motion for Summary Judgment

- Enzo's Statement of Material Facts Showing Genuine Issues to be Tried in Opposition to Orchid's Motion for Summary Judgment

- Unredacted Enzo Biochem, Inc. and Enzo Life Sciences, Inc.'s Memorandum of Law in Opposition to Amersham plc and Amersham Biosciences' Motion for Summary Judgment

- Enzo's Statement of Material Facts Showing Genuine Issues to be Tried in Opposition to Amersham plc and Amersham Biosciences' Motion for Summary Judgment

- Declaration of John J. Elliott in Support of Enzo's Opposition to Defendants PerkinElmer, Molecular Probes, Orchid Biosciences, and Amersham's Motions for Summary Judgment and the exhibits thereto

- Unredacted Memorandum of Law of Enzo Biochem, Inc. and Enzo Life Sciences, Inc. in Opposition to Roche Diagnostics GmbH and Roche Molecular systems, Inc.'s Motion for Summary Judgment

- Enzo Biochem, Inc. and Enzo Life Sciences, Inc.'s Statement of Material Facts Showing Genuine Issues to be Tried in Opposition to Roche Diagnostics GmbH and Roche Molecular Systems, Inc.'s Motion for Summary Judgment

- Declaration of Jennifer R. Moore in Support of Enzo Biochem, Inc. and Enzo Life Science's Opposition to Roche Diagnostics GmbH and Roche Molecular Systems, Inc.'s Motion for Summary Judgment and the exhibits thereto

- Unredacted Enzo Life Sciences, Inc.'s Memorandum of Law in Opposition to Affymetrix, Inc.'s Motion for Summary Judgment

- Enzo Life Sciences, Inc.'s Statement of Material Facts Showing Genuine Issues to be Tried in Opposition to Affymetrix, Inc.'s Motion for Summary Judgment

- Declaration of Lauren B. Grassotti in Opposition to Affymetrix, Inc.'s Motion for Summary Judgment and the exhibits thereto

- Supplemental Declaration of Elazar Rabbani, Ph.D. in Opposition to Defendants' Motions for Summary Judgment

The counsel of record who were served by email are:

Peter E. Root
peter.root@kayescholer.com
Michael J. Malecek
michael.malecek@kayescholer.com
Stephen C. Holmes
stephen.holmes@kayescholer.com
Sean Boyle
sean.boyle@kayescholer.com
*Attorneys for Defendant Affymetrix, Inc.*

Jennifer A. Sklenar
jennifer.sklenar@aporter.com
Matthew M. Wolf
Matthew.Wolf@aporter.com
Kristan L. Lansbery
Kristan.Lansbery@aporter.com

*Attorneys for Defendants Amersham plc and Amersham Biosciences*

Eric M. Jaegers
eric.jaegers@troutmansanders.com

*Attorney for Defendant Molecular Probes, Inc.*

William G. McElwain
William.mcelwain@wilmerhale.com

*Attorney for Defendants PerkinElmer, Inc., and PerkinElmer Life Sciences, Inc.*

Patrick Clendenen
Patrick.Clendenen@nelson mullins.com

*Attorney for Defendant Orchid Biosciences, Inc.*

Robert J. Gunther, Jr., Esq.
Robert.Gunther@wilmerhale.com
Omar Ali Khan
Omar.Khan@wilmerhale.com

*Attorneys for Declaratory Judgment Plaintiffs and Counterclaim Defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc.*

Dated: May 1, 2013

_____
Justin A. MacLean

*Attorney for Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc.*