USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENZO LIFE SCIENCES, INC.

      Plaintiff,

  -against-

AFFYMETRIX, INC.

      Defendants

04 cv 01555 ( RJS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Joshua S. Stambaugh, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

  Applicant's Name: Joshua S. Stambaugh
  Firm Name: Kaye Scholer LLP
  Address: 1999 Avenue of the Stars, Suite 1700
  City / State / Zip: Los Angeles, California 90067
  Telephone / Fax: (310) 788-1000; (310) 788-1200

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Affymetrix, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/7/14

                _____
                United States District / ~~Magistrate~~ Judge