UNITED STATES DISTRICT COURT

for the

Southern District of New York

```
-----------------------------------------------------------x
AFFYMETRIX, INC.,                          :
                                           :
                Plaintiff,                 :    No. 03 civ. 8907 (RJS)
                                           :
        v.                                 :    ECF Case
                                           :
ENZO BIOCHEM, INC., et al.,                :
                                           :
                Defendants.                :
                                           :
-----------------------------------------------------------x
ENZO LIFE SCIENCES, INC.,                  :
                                           :
                Plaintiff,                 :    No. 04 civ. 1555 (RJS)
                                           :
        v.                                 :    ECF Case
                                           :
AFFYMETRIX, INC.,                          :
                                           :
                Defendant.                 :
                                           :
-----------------------------------------------------------x
```

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Adam D. Cole of the firm Cousins, Chipman & Brown LLP hereby appears as counsel in these cases for Enzo Biochem, Inc. and Enzo Life Sciences, Inc., certifies that he is admitted to practice in this Court, and requests that all papers in these actions be served on him at the address stated below.

1

2

Dated: New York, New York
February 24, 2014

COUSINS CHIPMAN & BROWN, LLP

By:   */s/ Adam D. Cole*
       Adam D. Cole
     380 Lexington Avenue
17th Floor
New York, New York 10168
cole@ccbllp.com
Tel:   (212) 551-1152
Fax:   (302) 295-0199