| Deponent | Deposition | Documents |
|---|---|---|
| Millennium Pharmaceuticals, Inc. | March 12, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |
| Novartis Pharmaceuticals Corp. | March 13, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |
| Eli Lilly & Co. | March 14, 2014 at 2:00 p.m. at:<br><br>Regus Office<br>201 North Illinois Street<br>Indianapolis, IN 46206 | March 11, 2014 at:<br><br>Regus Office<br>201 North Illinois Street<br>Indianapolis, IN 46206 |
| Aventis Cambridge Genomics Center LLC | March 12, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110 |
| GlaxoSmithKline LLC | March 18, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 |
| Wyeth Inc. | March 13, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |

| Deponent | Deposition | Documents |
|---|---|---|
| Columbia University | March 18, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |
| Memorial Sloan Kettering CC | March 18, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |
| John Hopkins University | March 20, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>2101 L Street, N.W.<br>Suite 1000<br>Washington, DC 2003 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>2101 L Street, N.W.<br>Suite 1000<br>Washington, DC 20037 |
| Johns Hopkins University | March 20, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>2101 L Street, N.W.<br>Suite 1000<br>Washington, DC 20037 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>2101 L Street, N.W.<br>Suite 1000<br>Washington, DC 20037 |
| University of Pennsylvania | March 18, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 |
| University of California – San Francisco | March 19, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>4 Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111-5983 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>4 Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111-5983 |

| Deponent | Deposition | Documents |
|---|---|---|
| University of California – Davis | March 19, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>1201 K Street<br>Suite 1100<br>Sacramento, CA 95814 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>1201 K Street<br>Suite 1100<br>Sacramento, CA 95814 |
| University of California – Los Angeles | March 19, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 |
| Salk Institute | March 19, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>3161 Michelson Drive<br>Suite 1000<br>Irvine, CA 92612 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>3161 Michelson Drive<br>Suite 1000<br>Irvine, CA 92612 |
| The Proctor & Gamble Company | March 14, 2014 at 10:00 a.m. at:<br><br>Regus Office<br>201 E. Fifth Street, 19th Floor<br>Cincinnati, OH 45202 | March 11, 2014 at:<br><br>Regus Office<br>201 E. Fifth Street, 19th Floor<br>Cincinnati, OH 45202 |
| Oregon Health Sciences University | March 17, 2014 at 2:00 p.m. at:<br><br>Regus Office<br>1915 NW AmberGlen<br>Beaverton, OR 97006 | March 11, 2014 at:<br><br>Regus Office<br>1915 NW AmberGlen<br>Beaverton, OR 97006 |
| VWR International, LLC | March 18, 2014 at 2:00 p.m. at:<br><br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 |

| Deponent | Deposition | Documents |
|---|---|---|
| Gene Logic, Inc. | March 17, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110 |
| Amersham | March 13, 2014 at 10:00 a.m. at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | March 11, 2014 at:<br><br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |