

## JOHNS HOPKINS
UNIVERSITY

March 19, 2014

**BY EMAIL AND ECF**
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re:  Motion to Quash a Subpoena to the Johns Hopkins University
     Enzo Life Sciences, Inc. v. Affymetrix, Inc. *et al.*
     No. 04 civ. 01555 and related cases

Dear Judge Sullivan:

I represent Johns Hopkins University ("JHU"), a third party in the above-referenced matter. This morning, on behalf of JHU, I filed a Motion to Quash a subpoena for deposition testimony. (Dkt. No. 127). Shortly thereafter, Adam Cole, Esq., contacted this office and we were able to resolve the issue. As such, I respectfully request to withdraw the Motion to Quash.

Respectfully submitted,

Jennifer DaCosta (JD2008)
Law Fellow
Johns Hopkins University
(410) 516-8128
jdacosta@jhu.edu