

March 19, 2014

**BY EMAIL AND ECF**
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **3-20-14**

MEMO ENDORSED

Re: **Motion to Quash a Subpoena to the Johns Hopkins University**
**Enzo Life Sciences, Inc. v. Affymetrix, Inc.** *et al.*
**No. 04 civ. 01555 and related cases**

Dear Judge Sullivan:

I represent Johns Hopkins University ("JHU"), a third party in the above-referenced matter. This morning, on behalf of JHU, I filed a Motion to Quash a subpoena for deposition testimony. (Dkt. No. 127). Shortly thereafter, Adam Cole, Esq., contacted this office and we were able to resolve the issue. As such, I respectfully request to withdraw the Motion to Quash.

Respectfully submitted,

Jennifer DaCosta (JD2008)
Law Fellow
Johns Hopkins University
(410) 516-8128
jdacosta@jhu.edu

The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 127.

SO ORDERED
Dated:

RICHARD J. SULLIVAN
U.S.D.J.

Office of the Vice President and General Counsel
Garland Hall 113   3400 North Charles Street   Baltimore, MD 21218   410-516-8128   Fax 410-516-5448   www.jhu.edu/generalcounsel