UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Enzo Biochem, Inc., et al.<br>                    Plaintiff,<br>     v.<br><br>Molecular Probes, Inc., et al.<br>                    Defendants. | 03 Civ. 3816 (RJS) |
| Enzo Biochem, Inc., et al.<br>                    Plaintiff,<br>     v.<br><br>Perkinelmer, Inc., et al.<br>                    Defendants. | 03 Civ. 3817 (RJS) |
| Affymetrix, Inc.<br>                    Plaintiff,<br>     v.<br><br>Enzo Biochem, Inc., et al.<br>                    Defendants. | 03 Civ. 8907 (RJS) |
| Enzo Life Sciences, Inc.<br>                    Plaintiff,<br>     v.<br><br>Affymetrix, Inc.<br>                    Defendants. | 04 Civ. 1555 (RJS) |
| Roche Diagnostics GMBH, et al.<br>                    Plaintiff,<br>     v.<br><br>Enzo Biochem, Inc. , et al.<br>                    Defendants. | 04 Civ. 4046 (RJS) |

**Motion for Admission Pro Hac Vice**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jeffrey S. Eberhard, hereby move this Court for an Order for admission to practice Pro Hac Vice to file a special appearance on behalf of Enzo Biochem, Inc., and Enzo Life Sciences, Inc. for the limited purpose of contesting the Motion to Withdraw of Greenberg Traurig, LLP in the above captioned actions.

1

2

     I am in good standing with the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

                                                      Respectfully Submitted,
                                                      /s/ *Jeffrey S. Eberhard*

                                                      Jeffrey S. Eberhard
                                                      Gair Law Group, Ltd.
                                                      1 East Wacker Drive, Suite 2050
                                                      Chicago, IL 60601
                                                      312-600-4900
                                                      jeberhard@gairlawgroup.com