UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENZO BIOCHEM, INC., et ano.,                                :
                                                            :
                                    Plaintiffs,             :
                        v.                                  :        03 Civ. 3816 (RJS)
                                                            :
MOLECULAR PROBES, INC.,                                     :
                                                            :
                                    Defendant,              :
-----------------------------------------------------------------X
ENZO BIOCHEM, INC., et ano.,                                :
                                                            :
                                    Plaintiffs,             :
                        v.                                  :        03 Civ. 3817 (RJS)
                                                            :
PERKINELMER, INC., et ano.,                                 :
                                                            :
                                    Defendants,             :
-----------------------------------------------------------------X
AFFYMETRIX, INC.,                                           :
                                                            :
                                    Plaintiff,              :
                        v.                                  :        03 Civ. 8907 (RJS)
                                                            :
ENZO BIOCHEM, INC., et ano.,                                :
                                                            :
                                    Defendants,             :
-----------------------------------------------------------------X
ENZO LIFE SCIENCES, INC.,                                   :
                                                            :
                                    Plaintiff,              :        04 Civ. 1555 (RJS)
                        v.                                  :
AFFYMETRIX, INC., et ano.,                                  :
                                                            :
                                    Defendants,             :
-----------------------------------------------------------------X
ROCHE DIAGNOSTICS GMBH, et ano.,                            :
                                                            :
                                    Plaintiffs,             :
                        v.                                  :        04 Civ. 4046 (RJS)
                                                            :
ENZO BIOCHEM, et ano.,                                      :
                                                            :
                                    Defendants.             :
-----------------------------------------------------------------X

## **NOTICE OF APPEARNCE**

Please take notice that the undersigned hereby appear as counsel for Greenberg Traurig, LLP in connection with its Motion to Withdraw.  All papers concerning the Motion should be served upon the undersigned.

Dated:  March 21, 2014

<div style="margin-left:40%">

STEPTOE & JOHNSON, LLP


By: _____
      Michael C. Miller, Esq.
1114 Avenue of the Americas
New York, NY 10036
(212) 378-7616 (phone)
(212) 506-3950 (fax)
mmiller@steptoe.com
*Attorneys for Greenberg Traurig, LLP*


*STEPTOE & JOHNSON, LLP*


By: _____
      Justin Y.K. Chu, Esq.
1114 Avenue of the Americas
New York, NY 10036
(212) 378-7616 (phone)
(212) 506-3950 (fax)
jchu@steptoe.com
*Attorneys for Greenberg Traurig, LLP*

</div>