AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| AFFYMETRIX, INC., <br> Plaintiff <br> v. <br> ENZO BIOCHEM, INC., et al., <br> Defendants | ) ) ) ) ) ) | Case No. 03 civ. 8907 (RJS) <br><br> **ECF Case** |
| ENZO LIFE SCIENCES, INC., <br> Plaintiff <br> v. <br> AFFYMETRIX, INC., <br> Defendant | ) ) ) ) ) ) | Case No. 04 civ. 1555 (RJS) <br><br> **ECF Case** |

**APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC.

Date: March 25, 2014

s/Karen Y. Bitar
*Attorney's signature*

Karen Y. Bitar (KB 8764)
*Printed name and bar number*

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

*Address*

bitark@gtlaw.com
*E-mail address*

(212) 801-9200
*Telephone number*

(212) 801-6400
*Fax number*

NY 243688237v1