

Ronald D. Lefton
Tel (212) 801-3159
Fax (212) 801-6400
leftonr@gtlaw.com

April 22, 2014

**VIA E-MAIL** (sullivannysdchambers@nysd.uscourts.gov)

Honorable Richard J. Sullivan
United States District Court, S.D.N.Y.
500 Pearl Street, Room 615
New York, New York 10007

Re:   *Enzo Biochem, Inc. v. Affymetrix, Inc.*, 04 Civ. 1555 (RJS)
       *Affymetrix, Inc. v. Enzo Biochem, Inc.*, 03 Civ. 8907 (RJS)

Dear Judge Sullivan:

We are counsel for Enzo and write on behalf of all parties in this action. We are pleased to advise that all parties have executed a settlement agreement resolving the claims in the above-captioned actions. The parties will file a stipulation of dismissal within 10 days of today. Accordingly, we respectfully request relief from the Scheduling Order.

Respectfully,

*/s/ Ronald D. Lefton*
Ronald D. Lefton

cc:   Peter E. Root, Esq.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
∞ OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building, 200 Park Avenue ■ New York, New York 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400
NY 243735812v2