UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/14

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

AFFYMETRIX, INC.,

        Defendant.

No. 04 Civ. 1555 (RJS)
ORDER

---

AFFYMETRIX, INC.,

        Plaintiff,

-v-

ENZO BIOCHEM, INC., *et al.*,

        Defendants.

No. 03 Civ. 8907 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from counsel for Enzo Biochem, Inc. and Enzo Life Sciences, dated April 22, 2014, informing the Court that all parties have reached a settlement resolving the claims in the above-referenced matters. Accordingly, IT IS HEREBY ORDERED THAT these cases are dismissed with prejudice but without costs. However, within thirty days of the date of this Order, any party may send a letter requesting to restore these actions to the undersigned's calendar. Upon receipt of such a letter, the actions will be restored.

SO ORDERED.

DATED:    April 23, 2014
                 New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE