

# JOHNS HOPKINS
UNIVERSITY

April 18, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/14
```

**BY EMAIL AND ECF**

Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

**MEMO ENDORSED**

Re: Motion to Quash a Subpoena to the Johns Hopkins University
Enzo Life Sciences, Inc. v. Affymetrix, Inc. *et al.*
No. 04 civ. 01555 and related cases

Dear Judge Sullivan:

I represent Johns Hopkins University ("JHU"), a third party in the above-referenced matter. On March 19, 2014, I filed a Motion to Quash a subpoena for deposition testimony, which I then requested to withdraw. You granted that request on March 19, 2014 and directed the Clerk of Court to terminate the motion. (Dkt. No. 130.) Although the motion has been terminated, I continue to receive ECF notices in this matter. I am, therefore, respectfully requesting to withdraw from the above-captioned matter (and any future ECF notices) as JHU has no further interest in it.

Respectfully submitted,

Jennifer DaCosta (JD2008)
Assistant General Counsel
Johns Hopkins University
(410) 516-8128
jdacosta@jhu.edu

SO ORDERED
RICHARD J. SULLIVAN
U.S.D.J.
4/18/14

Office of the Vice President and General Counsel
Garland Hall 113   3400 North Charles Street   Baltimore, MD 21218   410-516-8128   Fax 410-516-5448   www.jhu.edu/generalcounsel