UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AFFYMETRIX, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-CV-1555 (RJS) |
| AFFYMETRIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENZO BIOCHEM, INC. and <br> ENZO LIFE SCIENCES, INC., <br><br> Defendants. | **STIPULATION OF DISMISSAL** <br><br><br> CIVIL ACTION NO. 03-CV-8907 (RJS) |

IT IS HEREBY STIPULATED AND AGREED that all claims by Enzo Life Sciences, Inc. (formerly known as Enzo Diagnostics, Inc.) against Affymetrix, Inc. shall be, and hereby are, dismissed with prejudice and without fees and costs;

IT IS FURTHER STIPULATED AND AGREED that all claims by Affymetrix, Inc. against Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (formerly known as Enzo Diagnostics, Inc.) shall be, and hereby are, dismissed with prejudice and without fees and costs;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation is without prejudice to Enzo Biochem, Inc. and Enzo Life Sciences, Inc.'s rights to appeal in any other action;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in separate multiple counterparts, each of which shall be deemed to be an original. Signatures

provided through email or facsimile are deemed to be the equivalent of originals for filing purposes.

Dated: April 22, 2014
New York, New York

| | |
|---|---|
| GREENBERG TRAURIG, LLP | KAYE SCHOLER, LLP |
| By: _____<br>Ronald D. Lefton<br>leftonr@gtlaw.com<br>Karen Y. Bitar<br>bitark@gtlaw.com<br>*Attorneys for Plaintiff/Defendants*<br>*Enzo Life Sciences, Inc. and*<br>*Enzo Biochem, Inc.*<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200 | By: /s/ Michael J. Malecek<br>Michael J. Malecek<br>michael.malecek@kayescholer.com<br>Peter E. Root<br>peter.root@kayescholer.com<br>*Attorneys for Plaintiff/Defendant*<br>*Affymetrix, Inc.*<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 400<br>Palo Alto, CA 94306<br>(650) 319-4500 |

ENZO LIFE SCIENCES, INC.

By: _____
    Name:
    Title:

ENZO BIOCHEM, INC.

By: _____
    Name:
    Title:

AFFYMETRIX, INC.

By: _____
    Name:
    Title:

provided through email or facsimile are deemed to be the equivalent of originals for filing purposes.

Dated: April __, 2014
New York, New York

GREENBERG TRAURIG, LLP

By: _____
Ronald D. Lefton
leftonr@gtlaw.com
Karen Y. Bitar
bitark@gtlaw.com
*Attorneys for Plaintiff/Defendants*
*Enzo Life Sciences, Inc. and*
*Enzo Biochem, Inc.*
200 Park Avenue
New York, New York 10166
(212) 801-9200

ENZO LIFE SCIENCES, INC.

By: _____
Name:
Title:

ENZO BIOCHEM, INC.

By: _____
Name:
Title:

KAYE SCHOLER, LLP

By: _____
Michael J. Malecek
michael.malecek@kayescholer.com
Peter E. Root
peter.root@kayescholer.com
*Attorneys for Plaintiff/Defendant*
*Affymetrix, Inc.*
3000 El Camino Real
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306
(650) 319-4500

AFFYMETRIX, INC.

By: _____
Name: Siang Chin
Title: Senior Vice President and
General Counsel

provided through email or facsimile are deemed to be the equivalent of originals for filing purposes.

Dated: April 22, 2014
New York, New York

GREENBERG TRAURIG, LLP

By: /s/ Ronald D. Lefton
Ronald D. Lefton
leftonr@gtlaw.com
Karen Y. Bitar
bitark@gtlaw.com
*Attorneys for Plaintiff/Defendants*
*Enzo Life Sciences, Inc. and*
*Enzo Biochem, Inc.*
200 Park Avenue
New York, New York 10166
(212) 801-9200

ENZO LIFE SCIENCES, INC.

By: /s/
Name: E. Rabbani
Title: President

ENZO BIOCHEM, INC.

By: /s/
Name: E. Rabbani
Title: Chairman

KAYE SCHOLER, LLP

By: _____
Michael J. Malecek
michael.malecek@kayescholer.com
Peter E. Root
peter.root@kayescholer.com
*Attorneys for Plaintiff/Defendant*
*Affymetrix, Inc.*
3000 El Camino Real
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306
(650) 319-4500

AFFYMETRIX, INC.

By: _____
Name:
Title: